MINNIE ANGERMILLER, Appellant, *v.* CHARLES EWALD, Respondent.

Reported below, 133 App. Div. 691.
(Argued October 5, 1910; decided October 11, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 15, 1909, reversing a judgment in favor of plaintiff entered

upon a decision of the court on trial at Special Term and granting a new trial in an action to impress a trust on the proceeds of certain real property.

*Oliver C. Carpenter*, *Charles P. Rogers* and *Vincente K. Smith* for appellant.

*Oscar Lowenstein* and *Melville H. Cane* for respondent.

Plaintiff given permission to withdraw appeal on payment within twenty days of costs of appeal to be taxed. On failure to make such payment within said time the order is affirmed and judgment absolute ordered on the stipulation against appellant, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.